THE UNITED DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLANT M. SEAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. _____ |
| | ) |
| KENT MCGARY; FIVE BELOW, INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

## (JURY TRIAL AS TO ALL ISSUES DEMANDED)

NOW COMES CLANT M. SEAY, hereinafter referred to as "Plaintiff", and files this cause of action against KENT MCGARY and FIVE BELOW, INC., hereinafter referred to as "Defendants", and in support of his cause of action, Plaintiff states as follows, to-wit:

## THE PARTIES

**1.**

Plaintiff, Clant M. Seay, is an adult, resident citizen of Lafayette County, Oxford, MS.

**2.**

Defendant, Kent McGary, is an adult, resident citizen of Davidson County, Tennessee, who resides at 5049 Brevity Lane, Nashville, TN 37220.

**3.**

Defendant Five Below, Inc., is a corporation domiciled in the State of Pennsylvania, licensed to do business in the State of Tennessee on January 28, 2014, whose registered agent for

1

service of process is Corporation Service Company located at 2908 Poston Avenue at Nashville, TN 37201-1312.

**4.**

Defendant Kent McGary is employed by Defendant "Five Below, Inc." as a District Manager responsible for several "Five Below, Inc." franchise stores located in the State of Tennessee. As part of his employment, Defendant "Five Below, Inc." provided Defendant McGary with a 2017 Ford Escape four-door sport utility motor truck to use for his transportation.

**JURISDICTION AND VENUE**

**5.**

Plaintiff avers jurisdiction is based upon 28 U.S.C. §1332 since there is complete diversity of citizenship between Plaintiff and the Defendants, and the matter in controversies exceeds, exclusive of interests and costs, the sum of $75,000.00. Venue is proper in the Nashville Division of the Middle District of Tennessee as the event complained of occurred in Maury County, Tennessee.

**FACTS OF CASE**

**6.**

On Saturday, June 2, 2018, shortly before 6:00 P.M. CDST, Defendant Kent McGary was driving a 2017 Ford Escape four-door sport utility motor vehicle, with a Tennessee license tag of 3030H, and a VIN number of 1FMCU0GD2HUD30332, owned by and registered to Defendant "Five Below, Inc." The vehicle was proceeding in a southeasterly direction on Lions Parkway in Columbia, Tennessee. Defendant McGary then turned right onto Maury County Park Drive at the Maury County Park in Columbia, Tennessee, and was proceeding in an Easterly direction when Defendant McGary deliberately, recklessly and in a grossly negligent manner drove said Ford Escape

motor vehicle owned by Defendant "Five Below, Inc., into the left lane of Maury County Park Drive on the wrong side of the two-lane road and drove extremely close to the southern edge of Maury County Park Drive where Plaintiff and ten (10) Animal Welfare Advocates were standing. They had peacefully assembled on the south side of Maury County Park Drive at the Maury County Park located in Maury County, Columbia, Tennessee, which is public property, to exercise their First Amendment right to protest against Animal Cruelty to Tennessee Walking Horses ("Big Lick") at the Columbia (Tennessee) "Big Lick" Horse Show. By doing so, Defendant McGary endangered and threatened the lives of Plaintiff and the ten (10) Animal Welfare Advocates.

Plaintiff was standing on the grass on the south side of Maury County Park Drive with the Animal Welfare advocates when Defendant McGary endangered Plaintiff's life by driving approximately 20 miles per hour on the wrong side of the road on the southern edge of Maury County Park Drive, narrowly missing Plaintiff and the ten (10) Animal Welfare advocates.

Immediately after Defendant McGary endangered Plaintiff's life by almost hitting him, the Plaintiff pursued the 2017 Ford Escape motor vehicle (owned by Defendant "Five Below, Inc.") on foot. While chasing the vehicle driven by Defendant "Five Below", the Plaintiff simultaneously videoed the "Five Below, Inc." owned Ford Escape truck driven by Defendant McGary. Plaintiff caught up with the vehicle when Defendant McGary stopped to buy tickets for himself and his passenger in the Ford Escape so they could attend the Columbia (Tennessee) "Big Lick" Horse Show. Plaintiff's video captured the exchange by and between Plaintiff and Defendant McGary in which Defendant McGary 'apologized' for driving on the wrong side of Maury County Park Drive, and almost hitting and endangering the life of Plaintiff and ten (10) other Animal Welfare Advocates.

**7.**

Exhibit "A" is a compact disc to be filed in this case, containing Videos 1 – 5.

- Video #1 – Plaintiff's pursuit of the Ford Escape – June 2, 2018 (approx. 5:57 P.M.)
- Video #2 – Maury County Park Drive Scene – June 2, 2018 – (approx.5:00 P.M.)
- Video #3 – Maury County Park Drive Scene – June 2, 2018 – (approx. 5:00 P.M.)
- Video #4 – Maury County Park Drive Scene (approx. 6:35 P.M.)
- Video #5 – Maury County Park Drive Scene (approx. 6:36 P.M.)

**8.**

Attached to this Complaint are seven photos, Exhibits "B – H". These were taken from Exhibit "A" – Video #1, which represents Plaintiff's immediate pursuit on foot of the 2017 Ford Escape truck driven at Plaintiff by Defendant McGary on June 2, 2018.

**9.**

Attached to this Complaint is Exhibit "I" which is the vehicle registration of the 2017 Ford Escape truck, registered to Defendant "Five Below, Inc.", and listing the registration address of said vehicle as that of Defendant McGary who resides in Davidson County, Nashville, Tennessee.

**10.**

Attached to this Complaint is Exhibit "J" which is a photo depicting Animal Welfare Advocates standing on the South side of Maury County Park Drive before Defendant McGary drove the 2017 Ford Escape vehicle, provided to him by his employer, Defendant "Five Below, Inc.", at Plaintiff and the 10 Animal Welfare Advocates.

**11.**

Attached to this Complaint are Exhibits "K" and "L", Witness Statements, for Bill Haines and Kristie Emerson, respectively;

4

- Exhibit "K" was prepared by Mr. Bill Haines, co-owner of ASSET Security, who was serving as professional security for Plaintiff at the Columbia (Tennessee) "Big Lick" Horse Show on June 2, 2018; and

- Exhibit "L" was prepared by Ms. Kristie Emerson of Columbia, Tennessee, one of the Animal Welfare Advocates threatened by Defendant McGary's negligent actions.

Both Exhibits describe and document what occurred on June 2, 2018, when Defendant McGary drove his vehicle, provided by Defendant "Five Below, Inc.", at Plaintiff and the 10 Animal Welfare Advocates.

**12.**

As a direct and proximate result of the gross, deliberate, malicious and reckless negligence of Defendant Kent McGary, by his driving the "Five Below, Inc." owned 2017 Escape truck on the wrong side of the road (Maury County Park Drive) in a negligent, malicious, reckless manner, intentionally endangering Plaintiff, and putting him in fear for his life, Plaintiff has suffered anxiety, emotional distress and mental pain and suffering, all of which resulted directly from the egregious and negligent actions of Defendant McGary which were enabled by Defendant "Five Below, Inc." and are imputable to said corporation.

**CAUSES OF ACTION**

**13.**

**COUNT ONE**

On June 2, 2018, Plaintiff charges that Defendant McGary was grossly, willfully, maliciously and recklessly negligent in the manner in which he operated the motor vehicle he was operating to include that:

1. Defendant McGary drove the vehicle in close proximity to Plaintiff, putting him in

5

fear for his life; and,

2. Defendant McGary operated the Defendant "Five Below, Inc." owned Ford Escape vehicle in a grossly negligent manner that inflicted severe anguish and emotional distress upon Plaintiff at the time of the occurrence, and said severe anguish and emotional distress, as a result of the aforesaid negligent and malicious actions of the Defendant McGary, District Manager for Defendant "Five Below, Inc.", are imputed to "Five Below, Inc.", employer and owner of the Ford Escape truck.

## COUNT TWO

Plaintiff reincorporates the pleadings set out in this Complaint heretofore, and charges that on June 2, 2018, Defendant McGary operated the 2017 Ford Escape truck owned by Defendant "Five Below, Inc.", in a negligent manner that inflicted severe anguish and emotional distress upon the Plaintiff at the time of the occurrence, and said severe anguish and emotional distress, as a result of the aforesaid actions of Defendant McGary, employee of Defendant "Five Below, Inc." which are imputable to Defendant "Five Below, Inc.," which provided Defendant McGary with the said 2017 Ford Escape truck, have continued to this day.

## DAMAGES

14.

Plaintiff charges that as a proximate result of Defendant McGary's gross, willful, malicious and recklessly negligent disregard for the safety of Plaintiff in the manner in which Defendant McGary operated the said "Five Below, Inc." truck, the Plaintiff suffered serious personal injuries for which he should be awarded a measure of damages as permitted by law to include a permanent injury; mental anguish, emotional distress, and loss of enjoyment of life; and past, present, and

future medical expenses incurred and those that are reasonably certain to be incurred in the future.

Plaintiff charges that, because of the conduct of Defendant McGary set out in this Complaint, liability for the negligent actions of Defendant McGary, and damages as a result thereof, should be imputed to Defendant "Five Below, Inc." which provided the company-owned 2017 Ford Escape truck to its District Manager Defendant McGary to operate, and further that Defendant "Five Below, Inc." should be held jointly and severally liable along with its employee, Defendant McGary, for the negligent actions of its employee, Defendant McGary.

Also, due to the willful, malicious, reckless, deliberate and grossly negligent conduct of Defendant McGary, which resulted in terrifying and endangering the life of Plaintiff and ten (10) other Animal Welfare Advocates, all of which is imputed to his employer, Defendant "Five Below, Inc.", Plaintiff asks for an award of punitive damages.

## **PRAYER FOR RELIEF**

**15.**

WHEREFORE, PREMISES CONSIDERED, Plaintiff charges that Defendants are liable for all compensatory damages suffered by Plaintiff for which Plaintiff seeks compensatory damages in the sum of One Hundred Fifty Thousand Dollars ($150,000.00).

Additionally, Plaintiff asks for punitive damages in the sum of Five Hundred Thousand Dollars ($500,000.00).

Further, Plaintiff demands that Defendants should be required to pay all court costs and other costs incurred herein.

Plaintiff requests a jury trial as to all issues permitted by law.

This, the 14th day of June, 2018.

Respectfully submitted,

　_/s/ Clant M. Seay_
**CLANT M. SEAY**, Pro Hac Vice
MSB Bar #6695
1501 Jackson Avenue West, Ste 113_115
Oxford, MS   38655
Phone: 662-380-3367
Email:  cmseaylaw@aol.com